UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: HARDIEPLANK FIBER CEMENT
SIDING LITIGATION

MDL No. 2359

(SEE ATTACHED SCHEDULE)

**FILED**
Jun 22, 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 11, 2012, the Panel transferred 3 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael James Davis.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 11, 2012, and, with the consent of that court, assigned to the Honorable Michael James Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 21, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true printed copy in 2 sheet(s) of the electronic record filed on 6/21/12 in the United States District Court for the District of Minnesota.
CERTIFIED, 6/22, 2012
RICHARD D. SLETTEN
BY: _____
Deputy Clerk



Case MDL No. 2359 Document 27 Filed 06/21/12 Page 2 of 2
Case 2:12-cv-00672-KJM-KJN Document 5 Filed 06/22/12 Page 2 of 2

**IN RE: HARDIEPLANK FIBER CEMENT SIDING LITIGATION**                                          MDL No. 2359

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 12-00672 | Dillingham v. James Hardie Building Products, Inc.  12-1496 MJD/LIB |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 12-01932 | Kostos v. James Hardie Building Products, Inc.  12-1497 MJD/LIB |